# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

December 2, 2019

**VIA ECF**

Hon. Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**  Cegueda-Juarez v. Cleanwear USA 2, Inc., et al.
> 18-cv-1604-PAC

Your Honor:

This office represents Plaintiff Lazaro Cegueda ("Plaintiff") in the above-referenced matter.  Please see attached the parties' amendment to the settlement agreement, which provides for attorneys' fees of $6,750, plus costs of $739, in accordance with the Court's Order dated October 25, 2019.  The settling parties respectfully request that the Court approve the proposed amendment and settlement agreement.

Respectfully Submitted,

/s/ Finn Dusenbery
Finn Dusenbery, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc:  William H. Ng, Esq. (via ECF)
*Attorney for Defendants*