# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 2, 2019

**VIA ECF**

Hon. Paul A. Crotty  
United States District Judge  
United States District Court  
Southern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

*[Handwritten: 10/7/21 — The proposed amendment and settlement agreement approved. So Ordered. Paul A. Crotty, USDJ]*

Re:   Cegueda-Juarez v. Cleanwear USA 2, Inc., et al.  
       18-cv-1604-PAC

Your Honor:

This office represents Plaintiff Lazaro Cegueda ("Plaintiff") in the above-referenced matter. Please see attached the parties' amendment to the settlement agreement, which provides for attorneys' fees of $6,750, plus costs of $739, in accordance with the Court's Order dated October 25, 2019. The settling parties respectfully request that the Court approve the proposed amendment and settlement agreement.

Respectfully Submitted,

/s/ Finn Dusenbery  
Finn Dusenbery, Esq.  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

cc:   William H. Ng, Esq. (via ECF)  
       *Attorney for Defendants*